```
Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

First Premier Bank
PO Box 5529
Sioux Falls, SD 57117

IRS
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101

Missouri Dept of Revenue
Taxation Division
PO Box 385
Jefferson City, MO 65105

St Louis County Collector of Revenue
41 South Central Ave
Saint Louis, MO 63105

Wells Fargo
PO Box 14547
Des Moines, IA 50306-3547

WILMINGTON SAVINGS FUND SOCIETY
C/O Selene Finance, LP
9990 Richmond Ave. Suite 400 South
Houston, TX 77042-4546
```