```
Label Matrix for local noticing        111 South Tenth Street              Credit One Bank
0865-4                                  Fourth Floor                        Attn: Bankruptcy Department
Case 23-42045                           St. Louis, MO 63102-1125            Po Box 98873
Eastern District of Missouri                                                Las Vegas, NV 89193-8873
St. Louis
Fri Jun 16 16:22:14 CDT 2023

First Premier Bank                      IRS                                 Missouri Department of Revenue
PO Box 5529                             PO Box 7346                         PO Box 475
Sioux Falls, SD 57117-5529              Insolvency Unit                     301 W High St
                                        Philadelphia, PA 19101-7346         Jefferson City MO 65101-1517


Missouri Dept of Revenue                Office of US Trustee                (p)ST  LOUIS COUNTY COLLECTOR OF REVENUE
Taxation Division                       111 S Tenth St, Ste 6.353           41 S CENTRAL AVE
PO Box 385                              St. Louis, MO 63102-1127            SAINT LOUIS MO 63105-1721
Jefferson City, MO 65105-0385


(p)US DEPT OF HOUSING AND URBAN DEVELOPMENT R   (p)U  S  ATTORNEY'S OFFICE          WILMINGTON SAVINGS FUND SOCIETY
1222 SPRUCE STREET ROOM 3 203                   111 SOUTH TENTH STREET ROOM 20 333  C/O Selene Finance, LP
ST LOUIS MO 63103-2818                          ST LOUIS MO 63102-1128              9990 Richmond Ave. Suite 400 South
                                                                                    Houston, TX 77042-4546


Wells Fargo                             Diana S. Daugherty                  Rosella Buren
PO Box 14547                            Chapter 13 Trustee                  16305 Hampden Pl
Des Moines, IA 50306-3547               P. O. Box 430908                    Florissant, MO 63034-3393
                                        St. Louis, MO 63143-0908


William H. Ridings Jr.
Ridings Law Firm
2510 S. Brentwood Blvd, Ste. 205
St. Louis, MO 63144-2326




               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


St Louis County Collector of Revenue    U.S. Department of Housing and Urban Develop   United States Attorney
41 South Central Ave                    400 State Avenue, Gateway Tower, Suite 5       111 South 10th Street
Saint Louis, MO 63105                   Kansas City, KS 66101                          20th Floor
                                                                                       St. Louis MO 63102




End of Label Matrix
Mailable recipients    15
Bypassed recipients     0
Total                  15
```