**UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 23-42045-659** |
| | ) | **Chapter 13** |
| | ) | |
| **Rosella Buren** | ) | |
| | ) | Motion to Expedite Hearing |
| Movant, | ) | |

**Notice of Debtors Motion for Expedited Hearing**

**PLEASE TAKE NOTICE**, that the Motion of Rosella Buren and her attorney, are seeking to Expedite Hearing of Motion To Extend the Automatic Stay in her bankruptcy case # 23-42045 and will be called for hearing before the Honorable Kathy Surratt-States,, Thomas F.Eagleton Building (U.S. Courthouse), 111 South Tenth Street, Courtroom 7 North, St. Louis, MO on June 29, 2023 at 11:00 a.m.

**WARNING: Any response or objection must be filed in writing with the clerk of the Bankruptcy Court, 111 S Eleventh Street, 4th Floor, St. Louis, Mo 63102 and with the debtor's Attorney at the address below by June 29, 2023. Failure to file a timely response may result in the Court granting the relief request prior to the hearing date.**

**Debtors Motion For Expedited Hearing**

Comes now, the above Debtor and for her motion for Expedited Hearing, alleges as follows:

Debtor filed the current case 23-42045 on June 13, 2023 and the automatic stay will expire 30 days after the case was filed it is not extended. This date is the only date available.

Wherefore, based on the foregoing, the debtor requests that the court enter an expedited order allowing consideration of the issues concerning the Debtors Motion to Extend the Automatic Stay, and that the court enter its order to Extend the Stay, and for such other and further relief as is just and proper.

Date: June 16, 2023

Respectfully submitted,
/s/ William H. Ridings, Jr.
William H. Ridings, Jr., #38672
2510 South Brentwood, Ste. 205
Brentwood, MO 63144
(314)968-1313
(314)968-1302
ridingslaw2010@yahoo.com

CERTIFICATE OF SERVICE

Copy served on the following either through the courts ECF system or by ordinary mail on June 16, 2023
/s/ William H. Ridings, Jr.

Diana S Daugherty,      Standing Chapter 13 Trustee P. O. Box 430908 St. Louis, MO  63143
Office of the U. S. Trustee Thomas F. Eagleton U.S. Courthouse111 S. 10th, Ste.6353 St. Louis, MO  63102
Rosella Buren,16305 Hampden Pl., St. Louis, MO 63034
See attached Matrix

Date: June 16, 2023                    /s/ William H. Ridings, Jr.
                                        William H. Ridings, Jr., #38672
                                        2510 South Brentwood, Ste. 205
                                        Brentwood, MO  63144
                                        (314)968-1313
                                        (314)968-1302
                                        ridingslaw2010@yahoo.com