# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 23-42045 |
| ) | |
| ROSELLA BUREN ) | Chapter 13 |
| ) | |
| ) | |
| Debtor ) | |

## TRUSTEE'S OBJECTION TO MOTION TO EXTEND AUTOMATIC STAY

Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, and states as follows:

Debtor's prior case (#18-40905) was dismissed for lack of feasibility. The present case, with the plan as filed, is not feasible. The plan states in paragraph 5.1 that Debtor will apply for a reverse mortgage. Debtor schedules a mortgage arrears debt in excess of $38,000 that will be paid by the Trustee if a proof of claim is filed. In addition, there appears to be equity in Debtor's residence such that a guarantee is required, but the plan does not give any guarantee and lists $0 as the hypothetical Chapter 7 liquidation amount. Furthermore, based upon the schedules filed in the prior case, it does not appear that all of Debtor's debts have been scheduled in the present case.

Dated: June 20, 2023
RSPGEN--JMP

/s/ Jennifer M. Pontus
Jennifer M. Pontus MO65660
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on June 20, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on June 20, 2023.

ROSELLA BUREN
16305 HAMPDEN PL
FLORISSANT, MO  63034

| | | |
|---|---|---|
| 23-42045 | **TRUSTEE'S OBJECTION TO MOTION TO EXTEND AUTOMATIC STAY** | 06/20/2023<br>**Page 2 of 2** |

/s/ Jennifer M. Pontus
Jennifer M. Pontus MO65660