# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### ST. LOUIS DIVISION

| | |
|---|---|
| In Re: | Case No. 23-42045 |
| Rosella Buren, | Chapter 13 |
| Debtor. | Judge Kathy A. Surratt-States |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Bonial & Associates, P.C. has been engaged by the interested party identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

Wells Fargo Bank, N.A.
Attention: Bankruptcy Department, MAC N9286-01Y
Default Document Processing, P.O. Box 1629
Minneapolis, Minnesota 55440-9790

                Respectfully submitted,
                Bonial & Associates, P.C.

                <u>/s/ Paul W. Cervenka</u>
                Paul W. Cervenka
                14841 Dallas Parkway, Suite 350
                Dallas, Texas 75254
                (972) 643-6600
                (972) 643-6698 (Telecopier)
                E-mail: POCInquiries@BonialPC.com
                Authorized Agent for Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before June 26, 2023 via electronic notice unless otherwise stated:

**Debtor**         *Via U.S. Mail*
Rosella Buren
16305 Hampden Pl
Florissant, MO 63034

**Debtors' Attorney**
William H. Ridings Jr.
Ridings Law Firm
2510 S. Brentwood Blvd, Ste. 205
St. Louis, MO 63144

**Chapter 13 Trustee**
Diana S. Daugherty
P.O. Box 430908
St. Louis, Missouri 63143

/s/ Paul W. Cervenka
Paul W. Cervenka