UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In The Matter Of: ) | |
| ) | Case Number 23-42045-659 |
| Rosella Buren ) | |
|     Debtor, ) | |
| ) | Chapter 13 |
| Wilmington Savings Fund Society, FSB, ) | |
| not in its individual capacity but solely as ) | |
| Certificate Trustee of Bosco Credit II ) | |
| Trust Series 2010-1 ) | |
|     Creditor, ) | |
| ) | |

**NOTICE OF APPEARANCE AND
CREDITOR REQUEST FOR NOTICE**

**TO THE CLERK OF THE BANKRUPTCY COURT; DEBTOR, ROSELLA BUREN, ATTORNEY FOR DEBTOR, WILLIAM H. RIDINGS, JR.; CHAPTER 13 TRUSTEE, DIANA S. DAUGHERTY; AND ALL INTERESTED PARTIES:**

    PLEASE TAKE NOTICE that Millsap & Singer, LLC on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1 a party in interest in the above-captioned Chapter 13 case, hereby files a Notice of Appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests to be added to the master mailing list.  Pursuant to Rules 2002, 4001 and 9007 of the Federal Rules of Bankruptcy Procedure, Creditor Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1 hereby requests that special notice of all matters which may come before the Court be given as follows:

    Millsap & Singer, LLC
    612 Spirit Drive
    St. Louis, MO  63005

MS 215057.432745 BK



    Telephone  (636) 537-0110
    Facsimile   (636) 537-0067
    bkty@msfirm.com

The foregoing request includes all notice and papers referred to in Rules 2002, 4001 and 9007 of the Federal Rules of Bankruptcy Procedures, and also includes without limitation notices of any orders, applications, complaints, demands, hearings, motions, petitions, requests, plans, disclosure statements, and any other document brought before the Court in this case, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

Dated June 28, 2023

    Respectfully Submitted:
    Millsap & Singer, LLC

    */s/ Cynthia M. Kern Woolverton*
    Cynthia M. Kern Woolverton, #47698, #47698MO
    Eva Marie Kozeny, #40448, #40448MO
    Adam G. Breeze, #60920, #60920MO
    William R. Avery, #68985, #68985MO
    James Eric Todd, #64199, #64199MO
    Pamela B. Leonard, #37027, #37027MO
    612 Spirit Drive
    St. Louis, MO 63005
    Telephone: (636) 537-0110
    Facsimile: (636) 537-0067
    bkty@msfirm.com

    Attorneys for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1



# **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on June 28, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

      */s/ Cynthia M. Kern Woolverton*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    William H. Ridings, Jr.

    Diana S. Daugherty

    Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    Rosella Buren
    16305 Hampden Pl
    Florissant, MO 63034

