UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re:                                  )   Case No. 23-42045-659
                                        )   Chapter 13
                                        )
Rosella Buren                           )
                                        )   Motion to Expedite Hearing
           Movant,                      )

**SO ORDERED**

July 3, 2023

*Kathy A. Surratt-States*
**Kathy A. Surratt-States**
UNITED STATES BANKRUPTCY JUDGE

### Notice of Debtors Motion for Expedited Hearing

**PLEASE TAKE NOTICE**, that the Motion of Rosella Buren and her attorney, are seeking to Expedite Hearing of Motion To Extend the Automatic Stay in her bankruptcy case # 23-42045 and will be called for hearing before the Honorable Kathy Surratt-States., Thomas F. Eagleton Building (U.S. Courthouse), 111 South Tenth Street, Courtroom 7 North, St. Louis, MO on June 29, 2023 at 11:00 a.m.

**WARNING:** Any response or objection must be filed in writing with the clerk of the Bankruptcy Court, 111 S Eleventh Street, 4th Floor, St. Louis, Mo 63102 and with the debtor's Attorney at the address below by June 29, 2023. Failure to file a timely response may result in the Court granting the relief request prior to the hearing date.

### Debtors Motion For Expedited Hearing

Comes now, the above Debtor and for her motion for Expedited Hearing, alleges as follows:

Debtor filed the current case 23-42045 on June 13, 2023 and the automatic stay will expire 30 days after the case was filed it is not extended. This date is the only date available.

Wherefore, based on the foregoing, the debtor requests that the court enter an expedited order allowing consideration of the issues concerning the Debtors Motion to Extend the Automatic Stay, and that the court enter its order to Extend the Stay, and for such other and further relief as is just and proper.

Date: June 16, 2023

Respectfully submitted,
/s/ William H. Ridings, Jr.
William H. Ridings, Jr., #38672
2510 South Brentwood, Ste. 205
Brentwood, MO 63144
(314)968-1313
(314)968-1302
ridingslaw2010@yahoo.com

CERTIFICATE OF SERVICE
Copy served on the following either through the courts ECF system or by ordinary mail on June 16, 2023
/s/ William H. Ridings, Jr.

Diana S Daugherty,        Standing Chapter 13 Trustee P. O. Box 430908 St. Louis, MO  63143
Office of the U. S. Trustee Thomas F. Eagleton U.S. Courthouse111 S. 10th, Ste.6353 St. Louis, MO  63102
Rosella Buren,16305 Hampden Pl., St. Louis, MO 63034
See attached Matrix


Date: June 16, 2023                              /s/ William H. Ridings, Jr.
                                                 William H. Ridings, Jr., #38672
                                                 2510 South Brentwood, Ste. 205
                                                 Brentwood, MO  63144
                                                 (314)968-1313
                                                 (314)968-1302
                                                 ridingslaw2010@yahoo.com

United States Bankruptcy Court
Eastern District of Missouri

| | |
|---|---|
| In re: | Case No. 23-42045-kss |
| Rosella Buren | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 03, 2023 | Form ID: pdfo1 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rosella Buren, 16305 Hampden Pl, Florissant, MO 63034-3393 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 03 2023 22:40:25 | Ally Financial, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 03 2023 22:40:48 | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 05, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cynthia M Kern Woolverton | on behalf of Creditor Wilmington Savings Fund Society FSB bkty@msfirm.com  cwoolverton@ecf.courtdrive.com |
| Diana S. Daugherty | standing_trustee@ch13stl.com  trust33@ch13stl.com |
| Office of US Trustee | |

| District/off: 0865-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 03, 2023 | Form ID: pdfo1 | Total Noticed: 3 |

USTPRegion13.SL.ECF@USDOJ.gov

Paul Wilfred Cervenka

on behalf of Creditor Wells Fargo Bank  N.A. paul.cervenka@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

William H. Ridings, Jr.

on behalf of Debtor Rosella Buren ridingslaw2003@yahoo.com

TOTAL: 5