Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Essence Health Care
PO Box 790051
Saint Louis, MO 63179

First Premier Bank
PO Box 5529
Sioux Falls, SD 57117

Frost-Arnett Company
PO Box 1022
Wixom, MI 48393

IRS
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101

Missouri Dept of Revenue
Taxation Division
PO Box 385
Jefferson City, MO 65105

MSD
2350 Market St
Saint Louis, MO 63103

SSM Health
1145 Corporate Lake Dr
Saint Louis, MO 63132

St Louis County Collector of Revenue
41 South Central Ave
Saint Louis, MO 63105

US Dept of HUD
400 State St
Gateway Tower #510
Kansas City, KS 66101-2425

VILLAGES@BARRINGTON DOWNS HOA
PO BOX 36200
Grosse Pointe, MI 48236-0200

Wells Fargo
PO Box 14547
Des Moines, IA 50306-3547

```
WILMINGTON SAVINGS FUND SOCIETY
C/O Selene Finance, LP
9990 Richmond Ave. Suite 400 South
Houston, TX 77042-4546
```