**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In The Matter Of: ) | |
| ) | Case Number 23-42045-659 |
| Rosella Buren ) | |
| ) | |
| Debtor, ) | Chapter 13 |
| ) | |
| Wilmington Savings Fund Society, FSB, ) | Objection to Confirmation filed by |
| not in its individual capacity but solely as ) | Wilmington Savings Fund Society, FSB, |
| Certificate Trustee of Bosco Credit II ) | not in its individual capacity but solely |
| Trust Series 2010-1 ) | as Certificate Trustee of Bosco Credit II |
| ) | Trust Series 2010-1 |
| Creditor, ) | |

## OBJECTION TO CONFIRMATION OF PLAN

Comes now Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1 ("Creditor") by its attorney and for its objection to confirmation of Debtor's plan and states as follows:

1. Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1 is the holder of a Deed of Trust and Note secured by real property located at 16305 Hampden Pl, Florissant, MO 63034. Said property is listed by the Debtor as an asset of the bankruptcy estate.

2. The approximate prepetition arrearages owed to Creditor are $36,932.20. The approximate total pay off due to Creditor under the note is $49,566.35.

3. The plan provides for the arrears debt to be cured and monthly deed of trust payments to be made by debtor. However, the Note on the property has a



1                                    MS 215057.432745 BK

maturity date of May 17, 2025.  So the debt should be paid in full over the life of the plan.

WHEREFORE, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1 prays confirmation of the plan filed by the Debtor be denied, that this case be dismissed for failure to propose a confirmable plan; and for such further orders as the Court deems just and proper.

Dated July 19, 2023

        Respectfully Submitted,
        Millsap & Singer, LLC

        */s/ Eva Marie Kozeny*
        Cynthia M. Kern Woolverton, #47698, #47698MO
        Eva Marie Kozeny, #40448, #40448MO
        Adam G. Breeze, #60920, #60920MO
        William R. Avery, #68985, #68985MO
        James Eric Todd, #64199, #64199MO
        Pamela B. Leonard, #37027, #37027MO
        612 Spirit Drive
        St. Louis, MO 63005
        Telephone: (636) 537-0110
        Facsimile: (636) 537-0067
        bkty@msfirm.com

        Attorneys for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1



## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on July 19, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ Eva Marie Kozeny*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    William H. Ridings, Jr.

    Diana S. Daugherty

    Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    Rosella Buren
    16305 Hampden Pl
    Florissant, MO 63034



MS 215057.432745 BK