IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re:  Rosella Buren ) | Case No. 23-42045 |
| ) | Chapter 13 |
| ) | |
| Debtor ) | Debtor's Memorandum |
| ) | Confirmation Hearing:  9/7/23 |
| ) | Hearing Time and Place : 11:00am, 7 North |

**Memorandum to Amended Schedule J, and 2nd Amended Chapter 13 Plan**

   **COMES NOW Rosella Buren Debtor** in Chapter 13, by and through their Attorney William Ridings, and for their Memorandum states as follows:

   Debtor filed an Amended Schedule J to lower her mortgage payment by $220 on line 4 for her payment to Wilmington.  She filed a 2nd Amended Chapter 13 plan to increase her payments by $220 to $420/mo, and include BOA in paragraph 3.5 (A), remove Wilmington from paragraph 3.5(A), and include Wilmington in paragraph 3.5 (C ).    Finally, she amended paragraph 5.2 to state a specific timeframe for the refinance.

   Wherefore, Debtor prays this court to allow the amendments.

Dated:  August 05, 2023

                                                                                          /s/ Will Ridings
                                                                                          William Ridings, 38672MO
                                                                                          Attorney for Debtor
                                                                                          2510 S Brentwood Blvd, Ste 205
                                                                                          Brentwood, MO  63144
                                                                                          (314)968-1313, fax (314)968-1302
                                                                                          Ridingslaw2003@yahoo.com

**CERTIFICATE OF SERVICE**

   I certify that a true and correct copy of the foregoing document was filed electronically on August 05, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

   I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on August 05, 2023.

Rosella Buren
16305 Hampden Pl
Florissant, MO  63034

See attached matrix                                              /s/ Will Ridings
                                                                              William Ridings MO38672