**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In The Matter Of: | ) |
| | ) Case Number 23-42045-659 |
| Rosella Buren | ) |
|     Debtor, | ) |
| | ) |
| | ) Chapter 13 |
| Wilmington Savings Fund Society, FSB, | ) |
| not in its individual capacity but solely as | ) |
| Certificate Trustee of Bosco Credit II | ) |
| Trust Series 2010-1 | ) |
|     Creditor, | ) |

### **MEMORANDUM**

COMES NOW Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1, by and through its Attorney and hereby withdraws its Objection to Confirmation without prejudice.

Dated August 9, 2023

    Respectfully Submitted:
    Millsap & Singer, LLC

    */s/ Eva Marie Kozeny*
    Cynthia M. Kern Woolverton, #47698, #47698MO
    Eva Marie Kozeny, #40448, #40448MO
    Adam G. Breeze, #60920, #60920MO
    William R. Avery, #68985, #68985MO
    James Eric Todd, #64199, #64199MO
    Pamela B. Leonard, #37027, #37027MO
    612 Spirit Drive
    St. Louis, MO 63005
    Telephone: (636) 537-0110
    Facsimile: (636) 537-0067
    bkty@msfirm.com

    Attorneys for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1



## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on August 9, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

<em>/s/ Eva Marie Kozeny</em>

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    William H. Ridings, Jr.

    Diana S. Daugherty

    Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    Rosella Buren
    16305 Hampden Pl
    Florissant, MO 63034



MS 215057.432745 BK