UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 23-42045  Chapter 13 |
| ) | |
| **ROSELLA BUREN** ) | |
| ) | |
| ) | |
| **Debtor** ) | |
| ) | |

### TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws her Objection To Claim dated August 10, 2023, to claim 2 filed on behalf of WILMINGTON SAVINGS FUND SOC FSB.

Dated: August 16, 2023
WDOCLM--SJC

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on August 16, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on August 16, 2023.

ROSELLA BUREN
16305 HAMPDEN PL
FLORISSANT, MO  63034

WILMINGTON SAVINGS FUND SOC FSB
PO BOX 829629
C/O FRANKLIN CREDIT MGMT CORP
PHILADELPHIA, PA  19182-9629

MILLSAP & SINGER PC
612 SPIRIT DR
CHESTERFIELD, MO  63005-1259

FRANKLIN CREDIT MGMT CORP
PO BOX 2301
JERSEY CITY, NJ  07303-2301

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee