# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In The Matter Of: ) | |
| ) | Case Number 23-42045-659 |
| Rosella Buren ) | |
| ) | |
| Debtor, ) | Chapter 13 |
| ) | |
| Wilmington Savings Fund Society, FSB, ) | Objection to Confirmation filed by |
| not in its individual capacity but solely as ) | Wilmington Savings Fund Society, FSB, |
| Certificate Trustee of Bosco Credit II ) | not in its individual capacity but solely |
| Trust Series 2010-1 ) | as Certificate Trustee of Bosco Credit II |
| ) | Trust Series 2010-1 |
| Creditor, ) | |

## OBJECTION TO CONFIRMATION OF SECOND AMENDED PLAN

Comes now Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1 ("Creditor") by its attorney and for its objection to confirmation of Debtor's Second amended plan and states as follows:

1. Creditor is the holder of a Deed of Trust and Note secured by real property located at 16305 Hampden Pl, Florissant, MO 63034. Said property is listed by the Debtor as an asset of the bankruptcy estate.

2. The Chapter 13 Plan provides for monthly Trustee payments of $200 for 3 months and then $440 for 57 months for a total of $25,680.

3. The Chapter 13 Plan provides for payment of the Note as a secured claim in the amount of $49,566.35 at 8.5% interest over 60 months for a total of $70,000.

4. The Chapter 13 Plan is not feasible.



WHEREFORE, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1 prays confirmation of the second amended plan filed by the Debtor be denied, that this case be dismissed for failure to propose a confirmable plan; and for such further orders as the Court deems just and proper.

Dated August 23, 2023

Respectfully Submitted,
Millsap & Singer, LLC

*/s/ Eva Marie Kozeny*
Cynthia M. Kern Woolverton, #47698, #47698MO
Eva Marie Kozeny, #40448, #40448MO
Adam G. Breeze, #60920, #60920MO
William R. Avery, #68985, #68985MO
James Eric Todd, #64199, #64199MO
Pamela B. Leonard, #37027, #37027MO
612 Spirit Drive
St. Louis, MO 63005
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bkty@msfirm.com

Attorneys for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1



# **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on August 23, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

                                          */s/ Eva Marie Kozeny*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    William H. Ridings, Jr.

    Diana S. Daugherty

    Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    Rosella Buren
    16305 Hampden Pl
    Florissant, MO 63034

