UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 23-42045 |
| ROSELLA BUREN | ) | Chapter 13 |
| | ) | |
| | ) | Trustee's Objection to Confirmation |
| | ) | Original Confirmation Hearing set for: |
| **Debtor** | ) | July 27, 2023  11:00 am |
| | ) | |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF 2ND AMENDED PLAN**

   **COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1.  The set monthly payments to be made by the Trustee exceed the plan payment.
2.  The plan is ambiguous or incapable of ascertainment (11 U.S.C. §§ 1321 & 1325(a)(3)) because:
    The mortgage creditor listed in paragraph 3.3(D) ["Wells Fargo"] is different from the creditor in 3.5(A) ["BOA"]. The plan can only pay arrears for debts listed in 3.3(C) or (D), not to a different creditor.
3.  The plan does not contain enough funds to pay secured and priority creditors in full and pay the amount guaranteed to general unsecured creditors (if any).  11 U.S.C. §§ 1322(a)(2) and 1325(a)(5)(B)(ii).  The approximate amount of the shortfall is $88,698.

   **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: August 23, 2023                                    /s/ Jennifer M. Pontus
                                                                          Jennifer M. Pontus MO65660
OBJCONFAF--JMP                                         Attorney for Trustee
                                                                          P.O. Box 430908
                                                                          St. Louis, MO  63143
                                                                          (314) 781-8100  Fax: (314) 781-8881
                                                                          trust33@ch13stl.com

| | | |
|---|---|---|
| 23-42045 | TRUSTEE'S OBJECTION TO CONFIRMATION OF 2ND AMENDED PLAN | 08/23/2023<br>Page 2 of 2 |

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document was filed electronically on August 23, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

    I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on August 23, 2023.

ROSELLA BUREN  
16305 HAMPDEN PL  
FLORISSANT, MO  63034

                                                /s/ Jennifer M. Pontus  
                                                Jennifer M. Pontus MO65660